PETER W. SALTZMAN, Cal. Bar No. 169698
CHRISTINE S. HWANG, Cal. Bar No. 184549
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: 510 272 0169; Fax: 510 272 0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595 HEALTH & WELFARE TRUST FUND; IBEW LOCAL 595 MONEY PURCHASE PENSION TRUST FUND; IBEW LOCAL 595 PENSION TRUST FUND; IBEW LOCAL 595 VACATION FUND; IBEW LOCAL 595 APPRENTICE AND TRAINING FUND; ELECTRICAL CONTRACTORS TRUST; CONTRACTORS ADMINISTRATION FUND; LABOR MANAGEMENT COOPERATION FUND; VICTOR UNO in his capacity as Trustee of the IBEW Local 595 TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORP.; and DON CAMPBELL in his capacity as Trustee of the IBEW 595 TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORP.,

Plaintiffs,

v.

SECURITY ZONE, INC., a California corporation, STEVEN A. REINHARZ, an individual, JODIE ZUBATOFF-REINHARZ, an individual; and DOES 1-10, inclusive,

Defendants.

Case No. C05-03360 MEJ

**NOTICE OF VOLUNTARY DISMISSAL**

ORDER CLOSING FILE

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 272-0169 FAX (510) 272-0174



Notice is hereby given that, pursuant to Fed. R. Civ. Pro. 41 (a), Plaintiff voluntarily dismisses without prejudice all claims in the above-captioned action.

Dated: December 2, 2005

LEONARD CARDER, LLP

By: /s/ Christine S. Hwang
Christine S. Hwang
Attorneys for Plaintiffs

The Clerk of Court shall close the file.

Dated: December 2, 2005




LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 272-0169 FAX (510) 272-0174

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Alameda County. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, CA 94612. On December 2, 2005, I served the following document(s):

**Notice of Voluntary Dismissal**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

Jodi Zubatoff-Reinharz
28542 Via Reggio
Laguna Niguel, CA 92677

Casey White, Esq.
16830 Ventura Blvd., Suite 351
Los Angeles, CA 91436

Steven A. Reinharz
28542 Via Reggio
Laguna Niguel, CA 92677

XX **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

_____ **BY CERTIFIED MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD, CARDER's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

_____ **BY UPS NEXT DAY AIR:** I caused such envelope(s) to be delivered via overnight mail by UPS Next Day Air.

_____ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____ **BY OVERNIGHT COURIER SERVICE:** I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

_____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on December 2, 2005.

Carol Edgerton

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 272-0169 FAX (510) 272-0174